DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALL REPAIR & RESTORATION, LLC** d/b/a **ALL DRY USA** a/a/o
**GRACIELA ROSA,**
Appellant,

v.

**AVATAR PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D21-137

[August 5, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502017CC008966XXXXMB, 502019AB000063CAXXMB.

Jana A. Rauf of Insurance Litigation Group, P.A., Miami, for appellant.

Carol M. Rooney of Butler Weihmuller Katz Craig LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH, and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***